FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-0899
LT Case No. 16-2013-CF-3489-A

_____

ERIC A. LEE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Eric A. Lee, Trenton, pro se.

James Uthmeier, Attorney General, and Heather Flanagan
Ross, Assistant Attorney General, Tallahassee, for Respondent.

May 9, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 25, 2024 order dismissing defendant's motion for postconviction relief rendered in Case No. 16-2013-CF-3489-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., and JAY and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____